

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00378-CV

In Re Commitment of Donald Wayne Hull

On Appeal from the
252nd District Court of Jefferson County, Texas
Trial Cause No. 1000-Y

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee, The State of Texas, although it is exempt from payment.

We further order this decision certified below for observance.

July 18, 2019